United States Mortgage and Trust Company, Respondent, v. Liberty National Bank, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

Sarah Dorothy Thomsen, Appellant, v. Mary Charlotte Morrison, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling. Smith, Page and Greenbaum, JJ.; Dowling, J., dissenting upon the ground that, in his opinion, the plaintiff is entitled to the discovery and examination sought in support of the allegations of her complaint, every one of which is denied under oath by the defendant in her answer herein.

In the Matter of the Petition of Sydney S. Simons, Respondent, for an Inspection of the Books and Records of Burns Bros. Manufacturing Company, Inc., Appellant. Charles A. Burns, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Matter of Weissman* (198 App. Div. 498). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Hudson Trading Company, Appellant, v. Martin I. Katz and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Max Schmulson, Respondent, v. Louis Frischling, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Robert Good, Respondent, v. Loretta Good, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order; bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Leona Gross, Respondent, v. Harry Rosenberg and Another, Doing Business under the Firm Name and Style of Rosenberg & Cohen, Appellants.— Order affirmed, with ten dollars costs and disbursements; date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Annette Cohn, Appellant, v. Charles Cohn, Respondent.— Order modified by increasing alimony to twelve dollars per week and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Morris Stern, Respondent, v. J. H. & C. K. Eagle, Inc., Appellant.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Etta Roth v. National Automobile Mutual Casualty Company.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Charles Pizzo, an Infant, etc., v. Patrick McGovern.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Warner-Godfrey Company v. Atlas Finishing Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Utica Partition Corporation v. Jackson Construction Company, Inc.—